*Monday, June 22, 1998*

## MOTION DOCKET

**97–2003. State v. Lindsey.**
Brown C.P. Nos. 97–2015 and 97–2064. This cause is pending before the court as an appeal from the Court of Common Pleas of Brown County. Upon consideration of the motion of Lori Ann McGinnis, Assistant State Public Defender, to review exhibits transmitted under seal,

IT IS ORDERED by the court that the motion to review exhibits transmitted under seal be, and hereby is, granted.

**98–819. Columbus v. Link.**
Franklin App. No. 97APC09–1214. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of execution of sentence imposed by the Franklin County Municipal Court,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

## MISCELLANEOUS DISMISSALS

**98–620. State v. Spivey.**
Mahoning App. No. 89CA172. This cause is pending before the court as an appeal from the Court of Appeals for Mahoning County. It appears from the records of this court that appellant has not filed a merit brief, due June 9, 1998, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

*Tuesday, June 23, 1998*

## MISCELLANEOUS DISMISSALS

**98–240. Simon v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 96–L–440. This cause is pending before the court as an appeal from the Board of Tax Appeals. Pursuant to this court's March 26, 1998 order establishing a pilot mediation program, a mediation conference was scheduled in this case. In the course of mediation, the parties agreed to a value for the subject property and filed a joint motion requesting remand of this matter to the Board of Tax Appeals for entry of an order reflecting the stipulated settlement of the matter. Upon consideration thereof,

IT IS ORDERED by the court that the motion for remand be, and hereby is, granted.

IT IS FURTHER ORDERED that this cause be, and hereby is, dismissed.

*Thursday, June 25, 1998*

## MOTION DOCKET

**98–1121. Garwood v. State Med. Bd. of Ohio.**
Franklin App. No. 97APE10–1325. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of court of appeals' judgment,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

PFEIFER, J., dissents.